**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| EXPRESS MOBILE, INC.,<br><br>   Plaintiff,<br><br>v.<br><br>FORIX LLC,<br><br>   Defendant. | Civil Action No. 2:17-cv-127-JRG |

**JOINT MOTION TO STAY ALL DEADLINES
AND NOTICE OF SETTLEMENT**

COME NOW Plaintiff Express Mobile, Inc. ("Express Mobile") and Defendant Forix LLC ("Forix"), pursuant to this Court's Standing Order Regarding Proper Notification of Settlement to the Court, to file this Motion to Stay All Deadlines and Notice of Settlement.

The Parties hereby notify the Court that all matters in controversy between the Parties have been settled in principle. The Parties therefore request that the Court stay this case for thirty (30) days so that appropriate dismissal papers may be submitted in this action.

The Parties respectfully request that the Court grant this motion to stay all deadlines and notice of settlement. A proposed order is attached herewith.

Respectfully submitted,

| | |
|---|---|
| */s/ Mary C. Jacob* | */s/ E. Glenn Thames, Jr.* |
| *(by E. Glenn Thames, Jr., with permission)* | E. Glenn Thames, Jr. |
| Robert Kiddie | Texas Bar No. 00785097 |
| Texas Bar No. 24060092 | glennthames@potterminton.com |
| rkiddie@devlinlawfirm.com | POTTER MINTON |
| Timothy Devlin | A PROFESSIONAL CORPORATION |
| Delaware Bar No. 4241 | 110 N. College Ave., Suite 500 |
| tdevlin@devlinlawfirm.com | Tyler, TX 75702 |
| DEVLIN LAW FIRM LLC | Phone: (903) 597-8311 |
| 1306 N. Broom St., 1st Floor | Facsimile: (903) 593-0846 |
| Wilmington, Delaware 19806 | |
| Telephone: (302) 449-9010 | *Attorneys for Defendant Forix LLC* |
| Facsimile: (302) 353-4251 | |

BRENT COON & ASSOCIATES, P.C.
Mary C. Jacob
Texas Bar No. 24072165
mary.jacob@bcoonlaw.com
300 Fannin St., Suite 200
Houston, Texas 77002
Telephone: (713) 225-1682
Facsimile:  713) 225-1785

*Attorneys for Plaintiff Express Mobile, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5 on April 24, 2017.

                                          */s/ E. Glenn Thames, Jr.*
                                          E. Glenn Thames, Jr.